FILED
2018 JUN 26  AM 8:27

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N F O R M A T I O N** |
| | ) | |
| Plaintiff, | ) | JUDGE NUGENT |
| | ) | |
| v. | ) | CASE NO. 1 : 18  CR  332 |
| | ) | Title 18, Section 641, United |
| TIMOTHY L. DEENER, | ) | States Code |
| | ) | |
| Defendant. | ) | |

COUNT 1
(Theft of Government Property, in violation of 18 U.S.C. § 641)

The United States Attorney charges:

From in or around November 2012 and continuing until in or around November 2017, in the Northern District of Ohio, Eastern Division, Defendant TIMOTHY L. DEENER, in a continuing course of conduct, willfully and knowingly did steal, purloin and convert to his own use, and without authority dispose of property of the United States exceeding $1,000 in value belonging to the United States Social Security Administration, an agency of the United States, to wit: Title XVI Supplemental Security Income Benefits in the amount of approximately $42,296.27, in violation of Title 18, Section 641, United States Code.

JUSTIN E. HERDMAN
United States Attorney

By:  EDWARD F. FERAN
Chief, General Crimes Unit